# United States District Court

__     EASTERN     __     **DISTRICT OF**     __     TENNESSE     __

| | |
|---|---|
| JOSEPH CAMPO FIORE, | JUDGMENT IN A CIVIL CASE |
| V. | |
| RUSSELL SMITH. | CASE NUMBER: 3:09-cv-359 |

[ ]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Defendant Russell Smith's Motion for Summary Judgment is GRANTED. The Clerk of the Court is directed to issue this final judgment in favor of Defendant Russell Smith and to close this case.

|   |   |
|---|---|
| __October 31, 2013__ | Debra C. Poplin, Clerk |
| Date | |
| | By __s/ *A. Brush*__ |
| | Deputy Clerk |